# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

____Erie______ Division

Thomas D. Rivers Jr.

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Gold Crown Billiards Inc.

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 18-181
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

RECEIVED
JUN 20 2018
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Thomas D. Rivers Jr.
Address: 30 West 34th
Erie (*City*) PA (*State*) 16508 (*Zip Code*)
County: Erie
Telephone Number: 814-459-6201
E-Mail Address: triversjr@msn.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Gold Crown Billiards Inc.
Job or Title *(if known)*: Paul Schofield, President
Address: 3866 Peach street
Erie (*City*) PA (*State*) 16509 (*Zip Code*)
County: Erie
Telephone Number: 814-866-2035
E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name:
Job or Title *(if known)*:
Address:
*City* *State* *Zip Code*
County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

TITLE III of The Americans with Disabilities Act (public accommodations)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
Gold Crown Billiards Inc. failed to provide required handicapped parking at their retail store located @ 3866 Peach st., Erie PA 16509

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
Violation commenced upon October 14th or sooner and are on going. October 14th 2014 thru June 20th, 2018 and continuing.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I became aware that the property was in violation of TILE III When I attempted to join friends there, and saw that there are no required ADA compliant parking spaces. I took photographs with my digital camera and spoke with the bartender and advised her they were in violation of Title III of the ADA. I left my name and phone number with the employee on duty and asked the owner to call me. I waited weeks and returned sever times, leaving my information several times. In the summer of 2017 I spoke with a male who said he was the manager and left my information again and was assured that Mr. Schofield would contact me. That never happened.. Upon waiting a reasonable time for the owner to comply I filed suit

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was denied my civil rights of equal access under title III the ADA for more than 4 years.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I seek monetary damages $150,000, a sufficient amount to discourage this violator and other future violators from discriminating against physically disabled citizens.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 20th 2018

Signature of Plaintiff ____________________

Printed Name of Plaintiff Thomas D. Rivers Jr. PRO SE

### B. For Attorneys

Date of signing: ____________________

Signature of Attorney ____________________

Printed Name of Attorney ____________________

Bar Number ____________________

Name of Law Firm ____________________

Address ____________________

____________________ *City* ________ *State* ________ *Zip Code*

Telephone Number ____________________

E-mail Address ____________________